

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael C. Howard and Virginia D.
Hamilton, Appellants

No. 06-20-00085-CV          v.

Matterhorn Energy, LLC, and Mike Cherry,
Appellees

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 19-
0998).    Opinion delivered by Justice
Stevens, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the portion of the trial court's judgment that failed to dismiss Lessees' tortious interference with an existing contract, tortious interference with prospective business relations, and business disparagement claims based on communications made in Lessors' petition and lis pendens. We affirm the denial of Lessors' TCPA motion to dismiss Lessees' breach of contract claim and the tortious interference with an existing contract, tortious interference with prospective business relations, and business disparagement claims based on communications directly made to third parties. We remand the case to the trial court for further proceedings consistent with this opinion.

We further order that the appellants and appellees shall each pay one-half of all costs incurred by reason of this appeal.

RENDERED MAY 4, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk